Mark L. Maniscalco, Esq. (Pro Hac Vice; California Bar # 243124)
**LAW OFFICES OF MARK L. MANISCALCO**
1230 Columbia St., Suite 850
San Diego, CA 92101
Tel:  (888) 842-3735
Fax:  (619) 923-0077

Samuel A. Sue, Esq. (Nevada Bar # 8901)
**LAW OFFICES OF SAMUEL A. SUE**
5150 Spring Mountain Road, Suite 12
Las Vegas, NV 89146
Tel:  (702) 871-6464

**Attorneys for:** WORDLOGIC CORPORATION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WORDLOGIC CORPORATION, a Nevada corporation<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS A. GLASER, as an individual; APHENOS CAPITAL, INC. a Florida corporation; and ADVIDEA, INC. a Florida corporation<br><br>Defendants. | CASE NO. 2:10-cv-01408-RLH-PAL<br><br>**JUDGMENT** |

**FINAL JUDGMENT AS TO DEFENDANTS DOUGLAS A. GLASER, APHENOS CAPITAL, INC, and ADVIDEA, INC.**

Pursuant Federal Rules of Civil Procedure 55, this court hereby grants the motion for default judgment brought by plaintiff, WORDLOGIC CORPORATION ("WORDLOGIC"), against defendants DOUGLAS A. GLASER ("GLASER"); APHENOS CAPITAL, INC.; and ADVIDEA, INC. (collectively referred to as "Defendants") based on their failure to "plead or otherwise defend" and enters the following judgment:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that plaintiff, WORDLOGIC CORPORATION is the prevailing party to this lawsuit.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants their employees, agents, and persons acting with them or on their behalf shall be subject to the following:

    a.    Defendants and their employees, agents, and persons acting with them or on their behalf, are hereby restrained and enjoined from selling, transferring or encumbering WORDLOGIC stock issued to Defendants pursuant to certificate numbers 4005, 4006, 4008, 4009, and 4010.

    b.    Defendants and their employees, agents, and persons acting with them or on their behalf are hereby ordered to return to WORDLOGIC all WORDLOGIC stock issued to Defendants pursuant to certificate numbers 4005, 4006, 4008, 4009, and 4010.

    c.    Defendants and their employees, agents, and persons acting with them or on their behalf are hereby ordered to turn over any proprietary information including usernames and passwords necessary to control WORDLOGIC's website (wordlogicurl.com) and "800 number" (1-888-742-5054) associated with the website.

    d.    Defendants and their employees, agents, and persons acting with them or on their behalf are hereby ordered to stop removing proceeds earned from the sale of WORDLOGIC products on the website and "800 number" associated with the website.

  e. Defendants and their employees, agents, and persons acting with them or on their behalf are hereby ordered to return any proceeds from the website and "800 number" associated with the website.

  f. Defendants and their employees, agents, and persons acting with them or on their behalf are hereby ordered to relinquish to WORDLOGIC all analog or digital footage resulting from the filming of the infomercial.

**IT IS SO ORDERED, ADJUDGED, AND DECREED**

Dated: December 14, 2010

_____
UNITED STATES DISTRICT JUDGE